**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00700-CV
No. 05-15-00701-CV
No. 05-15-00702-CV

## IN RE WILLIAM RUSSELL DENVER, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62195, F12-62196, F14-00186**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as unnecessary relator's motion for leave to file a petition for writ of mandamus.

Although we have considered the petition for writ of mandamus without the filing of the required

number of copies, we **DENY** as moot relator's request for suspension of rule 9.3 of the Texas

Rules of Appellate Procedure. We **ORDER** relator to bear the costs of this original proceeding.


/s/      BILL WHITEHILL
         JUSTICE